Order issued September 26, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00029-CR

---

**JOSEPH PETER GARBARINI, III, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

---

## ORDER

---

The Court **REINSTATES** this appeal.

On August 22, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief. Thus, we **VACATE** the August 22, 2012 order requesting findings.

We **GRANT** appellant's September 20, 2012 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file appellant's brief tendered as of the date of this order.

LANA MYERS
JUSTICE